UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARIA VITOLA,

                Plaintiff,

  -against-

THE CITY OF NEW YORK, NEW YORK
POLICE DEPARTMENT and "JOHN DOES"
the name being fictitious, representing unknown
police officers, individually and in their official
capacities as police officers,

                Defendants.
---------------------------------------------------------------X

JUDGMENT
07-CV- 3678 (JG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 6 2007 ★

An Order of Honorable John Gleeson, United States District Judge, having been filed on December 05, 2007, dismissing the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B); certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B); that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from this Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal.

Dated: Brooklyn, New York
       December 05, 2007

                                                        s/Robert C. Heinemann
                                                        ROBERT C. HEINEMANN
                                                        Clerk of Court